(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**Center for Biological Diversity**

v.

**Zinke, et al.**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CASE NUMBER: 2:18-cv-01058

Pursuant to F R Civ P 7.1, **Plaintiff**,
(type of party)

who is **Center for Biological Diversity**, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

   ☑ YES          ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   The Center for Biological Diversity has no parent corporation or subsidiary.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   There is no publicly-held corporation that owns 10% or more of the Center's stock.

The undersigned party understand that under F R Civ P 7.1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: 06/19/2018

/s/ Perrin W. de Jong
Signature of Counsel for Party