IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:18-cv-01058 |
| DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER GRANTING STIPULATION TO SETTLE PLAINTIFF'S CLAIMS FOR ATTORNEYS' FEES AND COSTS

Based on the parties' Stipulation to Settle Plaintiff's Claims for Attorneys' Fees and Costs, and for good cause shown, the Stipulation is hereby APPROVED.

IT IS SO ORDERED.

Dated: _____May 18_____, 2020          By: _____
                                              The Honorable John T. Copenhaver, Jr.
                                              Senior United States District Judge